IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| JEFFREY W. BERGER, TAMI M. BERGER, WIBAUX 1, LLC, and PRO-FRAC HEATING & TRUCKING, LLC<br><br>Plaintiffs,<br><br>vs.<br><br>BANK OF COLORADO,<br><br>Defendant. | CV 17-104-BLG-SPW-TJC<br><br>**ORDER GRANTING UNOPPOSED MOTION TO STAY CASE** |

Plaintiffs have filed an unopposed Motion for Entry of Temporary Stay Pending Mediation. (Doc. 39.) Good cause appearing, IT IS HEREBY ORDERED that this action is STAYED until further order of the Court.

IT IS ORDERED.

DATED this 27th day of June, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge