
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| JEFFREY W. BERGER, TAMI M. BERGER, WIBAUX 1, LLC, AND PRO-FRAC HEATING & TRUCKING, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>BANK OF COLORADO,<br><br>Defendant. | CV 1:17-104-BLG-SPW-TJC<br><br>ORDER |

Upon the parties' Stipulated Motion to Dismiss Case with Prejudice (Doc. 53), by and between their counsel of record, and for good cause being shown,

IT IS HEREBY ORDERED that the above-entitled cause is **DISMISSED WITH PREJUDICE**.

IT IS FURTHER ORDERED that any pending motions are **DENIED** as moot.

DATED this 15th day of November, 2018.

_Susan P. Watters_
SUSAN P. WATTERS
U. S. DISTRICT JUDGE

1